LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

APRIL ZAREMBA,            )   No. EDCV 10-1937 E
                          )
    Plaintiff,            )   [~~PROPOSED~~] ORDER AWARDING
                          )   EAJA FEES
    v.                    )
                          )
MICHAEL J. ASTRUE,        )
Commissioner Of Social Security, )
                          )
    Defendant.            )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED DOLLARS ($1,700.00) subject to the terms of the stipulation.

DATE: 8/18/11    _____
                 HON. CHARLES F. EICK
                 UNITED STATES MAGISTRATE JUDGE

-1-